MARY M. LISI

CHIEF JUDGE

**AMENDED**

# FINANCIAL DISCL

# VII. INVESTMENTS

☐ NONE *(No reporta*

A.

Description of Asse

(including trust asse

Place "(X)" after each

exempt from prior disc